IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION


ARMAN TER-ESAYAN                        *

          Petitioner,                   *

vs.                                     *
                                             CASE NO. 4:12-CV-234 (CDL)
ERIC HOLDER, et al.,                    *

          Respondents.                  *


ORDER ON RECOMMENDATION OF DISMISSAL


     This matter is before the Court pursuant to a Recommendation

of Dismissal by the United States Magistrate Judge entered on

January 3, 2013.  Neither party has filed an objection to this

Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore,

the Court reviews the Recommendation for plain error.  Finding no

plain error or manifest injustice, the Court adopts the

Recommendation of the Magistrate Judge and makes it the order of

this Court.

     IT IS SO ORDERED, this 28th day of January, 2013.


                                   s/Clay D. Land
                                   CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE